UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLINGTON GORDON,

                    Plaintiff,

          -against-

NATIONAL COOPERATIVE BANK, N.A.;
FRANKEL & LAMBERT, WEISSMAN &
GORDON,

                    Defendants.

25-CV-6170 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated March 12, 2026, the Court directed Plaintiff to show cause within 30 days why this action should not be dismissed without prejudice because he did not provide the court with a current address for service. *See In Re: Cases Filed By Pro Se Plaintiffs*, *This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024) ("Standing Order"); *see also* Fed. R. Civ. P. 11(a).

Plaintiff has not responded to court's order or provided a current address for service. Accordingly, the Court dismisses this action, under Rule 41(b) of the Federal Rules of Civil Procedure, for failure to comply with the Court's order and the March 18, 2024 Standing Order. This dismissal is without prejudice to Plaintiff's filing a new civil action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:   April 21, 2026
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge