UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLINGTON GORDON,

                    Plaintiff,

          -against-                                    26-cv-6170 (LTS)

NATIONAL COOPERATIVE BANK, N.A.;                       CIVIL JUDGMENT
FRANKEL & LAMBERT, WEISSMAN &
GORDON,

                    Defendants.

For the reasons stated in the April 21, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    April 23, 2026
            New York, New York

                                   /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                 Chief United States District Judge